IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDRA ROGERS, individually and as ) <br> personal representative of the ESTATE ) <br> OF DUSTIN ROGERS; and CRANE ) <br> INSPECTION SERVICES, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: <br><br> 1:17-cv-00480 |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties to the above case, by and through their counsel of record, and move this Honorable Court to enter an Order dismissing this case, with prejudice, on a full and final basis on the grounds that the same has been resolved.

_____
Christopher J. Zulanas
Gwen A. Gordon
Attorneys for Plaintiff

OF COUNSEL:
Friedman, Dazzio, Zulanas & Bowling, P.C.
3800 Corporate Woods Drive
Birmingham, Alabama 35242
czulanas@friedman-lawyers.com
ggordon@friedman-lawyers.com
(205) 278-7000

275146.WPD

_____ (with permission)
Jason S. McCormick
Desmond V. Tobias
Attorneys for Sandra Rogers

OF COUNSEL:
Tobias, McCormick & Comer, LLC
1203 Dauphin Street
Mobile, Alabama 36604-2513
(251) 434-5700

_____ (with permission)
Donald C. Radcliff
Attorney for Crane Inspection Services, Inc.

OF COUNSEL:
Brady Radcliff & Brown LLP
61 Saint Joseph St, Ste 1600
Mobile, AL 36602
(251) 405-0077

_____ (with permission)
Ryan Scott MacLeod
Attorney for Crane Inspection Services, Inc.

OF COUNSEL:
ARNOLD & ITKIN, LLP
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800

275139.WPD